RUTH ROSENBLATT and HENRY ROSENBLATT, Respondents, v. BERNARD RETTENBERG, Appellant.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

WILLIAM DEGENER and Another, Respondents, v. THE RHONA REALTY COMPANY, INC., and Others, Defendants, Impleaded with RICHARD PICKERING, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion denied, on the ground that there are issues of fact which must be determined on a trial. Present — O'Malley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on Complaint of ANTHONY MICELI, Respondent, v. JACOB TEITEL and MORRIS TEITEL, Appellants.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

ELLA VAN HISE, Appellant, v. JOHN D. ROCKEFELLER, JR., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

ARTHUR C:SON FRISK, Individually and as Liquidator of ELFAST FRISK & COMPANY, Respondent, v. WILLIAM McCHESNEY MARTIN, as President of the New York Stock Exchange, etc., and Others, Defendants, Impleaded with GERTRUDE O. HEDGES, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant-appellant to answer within ten days after service of order, on payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

MARY PERDIKAKIS, Respondent, v. IRVING TRUST COMPANY, as Executor of Estate of THOMAS J. COLTON, Appellant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

ST. PAUL FIRE & MARINE INSURANCE Co. and Others, Appellants, v. COLBY REALTY CORP. and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on Complaint of Officer BENJAMIN BECKER, Respondent, v. STRATES VLACHOS, Appellant.— Judgment unanimously reversed, the information dismissed and the fine remitted, on the ground that the guilt of the defendant was not proved beyond a reasonable doubt. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

CLUFF & PICKERING, LTD., Appellant, v. JOHN PFORTSCH, JR., Doing Business as WEST END TAVERN, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

EVELYN GARFIELD, Respondent, v. JANET C. SAPINSKY, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.